UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING:** 9/22/2026

**HON. CHRISTINE P. O'HEARN, U.S.D.J.**

**COURT REPORTER:** John Kurz

**TITLE OF CASE:**

**DOCKET NO.**: 1:24-cv-9919 (CPO)

KELLY GRINK
*individually and on behalf of the Virtua Inc., 401(k) Plan, the Virtua 403(b) Retirement Program, and all the similarly situated Participants and Beneficiaries of the Plans*

v.

VIRTUA HEALTH INC., et al.

**APPEARANCES:**
Natalie Lesser, Esquire for Plaintiffs
Olivia Lanctot, Esquire for Plaintiffs
Edward Rogers, Esquire for Defendants
Heath Kahn, Esquire for Defendants
Elizabeth Lilly, Esquire for Defendants

**NATURE OF PROCEEDINGS: MOTION HEARING**

Hearing on Defendants' Motion to Dismiss Second Amended Complaint, ECF No. 86.
Hearing on Motion for Leave to File *Amicus Curiae Brief* by Stable Value Investment Association, ECF No. 90.

**DISPOSITION:**
Ordered Defendants' Motion to Dismiss Second Amended Complaint, ECF No. 86, is GRANTED in part and DENIED in part, for the reasons stated on the record.
Ordered Motion for Leave to File *Amicus Curiae Brief* by Stable Value Investment Association, ECF No. 90, is DENIED, for the reasons stated on the record.

Time Commenced: 2:15pm
Time Adjourned: 3:45pm
**Total Time:** **1 Hour and 30 Minutes**

s/ Haley E. Minix
Deputy Clerk